Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, STACI D. HARDY, Guardian Ad Litem of J.M.H-B., a minor,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STACI D. HARDY, Guardian Ad Litem of J.M.H-B., a minor,,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: CV 07-01764 PLA<br><br>ORDER AWARDING EAJA FEES<br><br><br>PAUL L. ABRAMS<br>U.S. MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: February 23, 2011

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE